**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF DEFENSE, *et al.*,<br><br>Defendants. | Civil Action No. 26-cv-3856-ABJ |

## NOTICE OF ERRATA

On November 2, 2026, Plaintiffs Citizens for Responsibility and Ethics in Washington, Public Citizen, and Project On Government Oversight filed their Complaint. *See* ECF No. 1. Plaintiffs inadvertently misnumbered the paragraphs of the Complaint after paragraph 59 on page 18 of the Complaint, as originally filed. Plaintiffs attach the corrected Complaint to this notice and respectfully request that it be substituted for ECF No. 1.

Dated: November 12, 2026

Respectfully submitted,

*/s/Jonathan E. Maier*
Jonathan E. Maier (D.C. Bar No. 1013857)
Stephen J. Buckingham (D.C. Bar No. 1562756)
Nikhel S. Sus (D.C. Bar No. 1017937)
Haley Y. Florsheim (D.C. Bar No. 90041575)*
CITIZENS FOR RESPONSIBILITY
AND ETHICS IN WASHINGTON
P.O. Box 14596
Washington, DC 20044
(202) 408-5565
jmaier@citizensforethics.org
sbuckingham@citizensforethics.org
nsus@citizensforethics.org
hflorsheim@citizensforethics.org

Lauren Bateman (D.C. Bar No. 1047285)
Nandan Joshi (D.C. Bar No. 456750)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
lbateman@citizen.org
njoshi@citizen.org

**pro hac vice*

*Counsel for Plaintiffs*